ALBERT G. DIMMERLING, Respondent, v. ARCHIE M. ANDREWS and Others, as Trustees of ANDREWS & COMPANY, a Common-Law Trust, Appellants, Impleaded with ARCHIE M. ANDREWS and Others, Individually. (Defendants as trustees appeared specially, but did not appear individually.) — Order denying motion to vacate warrant of attachment, and levies thereunder, and order of publication, reversed on the law, without costs, and motion granted, without costs, on authority of *Bartley* v. *Andrews, No. 1 (ante,* p. 702), decided herewith. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

ANNA J. DOWD, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. We do not pass upon the legality of the operation of the railroad by the defendant, as the question is not presented. No opinion. Present — Kelly P. J., Rich, Manning, Kelby and Kapper, JJ.

LILLIAN MAY DOWLING, as Administratrix, etc., of FRANCIS P. DOWLING, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

ROSE G. DUMAREST, Respondent, v. RENE DUMAREST, Appellant.— Judgment and order reversed upon the law and the facts, and complaint dismissed upon the law, without costs. We think the judgment in the second separation action, brought by the wife against the husband, constitutes a bar to the maintenance of the present action. We have examined the questions raised by appellant as to the rulings of the trial court with reference to proving the items of disbursements, and see no reason for interfering with the same. Kelly, P. J., Rich and Young, JJ., concur; Kelby, J., dissents upon the ground that the judgment in the second separation action is not *res adjudicata* as to the right to recover for the amount expended for the maintenance of the children; Manning, J., not voting.

SOPHIA EVENSON, as Administratrix, etc., of JOSEPH EVENSON, Deceased, Appellant, v. ORANGE COUNTY TRACTION COMPANY, Respondent.— Order granting motion to set aside verdict and for a new trial unanimously affirmed, with costs to abide the event. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

FANNIE GOLDNER, Respondent, v. HARRY GOLDNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

THERESIA HARTMANN, Respondent, v. THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Determination of the Appellate Term unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Young and Kapper, JJ.

INTERNATIONAL PETROLEUM COMPANY, Respondent, v. MEXICAN SINCLAIR PETROLEUM COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.